# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS BENWARE, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>HUGO BOSS, U.S.A., Inc., a Delaware Corporation,<br><br>　　　　　　Defendant. | CASE NO. 12cv1527-L (MDD)<br><br>ORDER FOLLOWING JUNE 21, 2013, TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE |

On June 21, 2013, a telephonic settlement conference was held in the above captioned case. After hearing from counsel regarding the status of the cases, the parties shall file their motion for preliminary approval of class settlement on or before **July 19, 2013**.

IT IS SO ORDERED.

DATED: June 21, 2013

　　　　　　　　　　　　　　　　　　Hon. Mitchell D. Dembin
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge