CARPENTER LAW GROUP
TODD D. CARPENTER (234464)
402 W. Broadway, 29th Floor
San Diego, California 92101
Telephone:  619-756-6994
Facsimile:  619-756-6991
Email: Todd@Carpenterlawyers.com

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS BENWARE, On Behalf of Himself and All Others Similarly Situated,<br><br>　　Plaintiff,<br><br>vs.<br><br>HUGO BOSS, U.S.A., Inc. a Delaware Corporation,<br><br>　　Defendants. | Case No. 3:12-cv-01527-MDD<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Date: To be determined by Court<br>Time: To be determined by Court<br><br>Judge:  Hon. Mitchell D. Dembin<br>Courtroom:  1C |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 26, 2013, or as soon thereafter as may be heard in Courtroom 1C of the United States District Court for the Southern District Of California, located at 333 West Broadway, San Diego, California, Plaintiff will and hereby does move before the Honorable Mitchell D. Dembin, for an order: (a) preliminarily approving the proposed settlement; (b) provisionally certifying the classes and appointing class representatives and class counsel; (c) setting dates and procedures for the fairness hearing, including deadlines for class members to object to or request exclusion from the settlement.

This unopposed motion is based on this notice and motion, the supporting memorandum of points and authorities, the declaration of Todd D. Carpenter, all filed concurrently herewith, as well as the pleadings on file in this action, and upon such other matters, evidence, and arguments as may be presented to the Court before or at the hearing on this motion.

Dated: July 26, 2013

**CARPENTER LAW GROUP**

By: */s/ Todd D. Carpenter*
    Todd D. Carpenter (CA 234464)
    402 West Broadway, 29th Floor
    San Diego, California 92101
    Telephone:   619.347.3517
    Facsimile:    619.756.6991
    todd@carpenterlawyers.com

Attorneys for Plaintiff Travis Benware

## **CERTIFICATE OF SERVICE**

The undersigned hereby certify that on July 26, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system per Civil Local Rule 5.4 which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                              */s/ Todd D. Carpenter*
                              Todd D. Carpenter