ORIGINAL FILED

2014 JAN 24  PM 4: 26

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

Kimberly F. Rich (SBN 185507)
Mark D. Taylor (*pro hac vice*)
Teresa H. Michaud (*pro hac vice*)
**Baker & McKenzie LLP**
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
Telephone: +1 214 978 3000
Facsimile: +1 214 978 3099
Email:   Mark.Taylor@bakermckenzie.com
Email:   Kimberly.Rich@bakermckenzie.com
Email:   Teresa.Michaud@bakermckenzie.com

*Attorneys for Defendant*
HUGO BOSS, U.S.A., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**"VIA FAX"**

| | |
|---|---|
| TRAVIS BENWARE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HUGO BOSS, U.S.A., INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:12-cv-01527-L-MDD<br><br>**MOTION FOR DEFENDANT'S COUNSEL TO APPEAR TELEPHONICALLY AT FINAL APPROVAL HEARING OR, IN THE ALTERNATIVE, MOTION FOR CONTINUANCE** |

TO THE HONORABLE COURT:

Comes now Defendant Hugo Boss, U.S.A., Inc. ("Defendant"), through its designated counsel, and files this Motion for Defendant's Counsel to Appear Telephonically at Final Approval Hearing or, in the alternative, Motion for Continuance (the "Motion") and, in support of this Motion, Defendant states that good cause exists for the relief requested:

1

Case No 3:12-cv-01527-L-MDD
Motion to Appear Telephonically at Final Approval Hearing
Or, In the Alternative, Motion for Continuance

Baker & McKenzie LLP
2300 Trammell Crow
Center
2001 Ross Avenue
Dallas, TX 75201
+1 214 978 3000

1. On October 8, 2013, the Court entered an order preliminarily approving settlement and setting the Final Approval Hearing in the matter for Thursday, January 30, 2014 at 3:00 p.m. (Docket No. 42).

2. On January 16, 2014, Class Counsel submitted a Motion for Final Approval of the Proposed Class Settlement (Docket No. 43). The Motion for Final Approval confirmed that 6,807 Class members submitted timely claims to join the proposed settlement, only nine (9) individuals requested exclusion from the settlement and no Class members have objected to the proposed settlement.

3. Counsel for Defendant resides in Dallas, Texas, and must travel to San Diego to attend the Final Approval Hearing in person. However, Defendant's counsel must also attend a continued court-ordered mediation in another matter on Friday, January 31, 2014 in Dallas. The current hearing on the Motion in this Court is scheduled for 3:00 PM on Thursday, January 30, 2014. Unfortunately, due to a lack of available flights from San Diego to Dallas on Thursday evening, it will be quite difficult for Defendant's counsel to return to Dallas and prepare for the mediation the following day. Accordingly, Defendant requests the Court permit Defendant's counsel to attend the Final Approval Hearing on the Motion telephonically, or continue the hearing until the Court's next available hearing date.[1]

4. Defendant's counsel has conferred with Class Counsel regarding the relief sought by this Motion and Class Counsel stated he is unopposed to Defendant's counsel's telephonic appearance, but opposes the Motion for Continuance.

WHEREFORE, for good cause shown, Defendant requests that the Court grant this Motion and allow its counsel to either appear telephonically for the Final Approval Hearing that is set for January 30, 2014 at 3:00 p.m., or continue the Final Approval Hearing until the Court's next available hearing date.

//

---

[1] Should the Court grant the Motion, all counsel for Defendant, including Ms. Teresa H. Michaud, who currently resides in San Francisco, California, will likewise appear telephonically.

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
+1 214 978 3000

2

Case No 3:12-cv-01527-L-MDD
Motion to Appear Telephonically at Final Approval Hearing or, in the alternative, Motion for Continuance

Dated: January 24, 2014

                    BAKER & MCKENZIE LLP

                    By: /s/ Mark D. Taylor
                    Mark D. Taylor
                    Kimberly F. Rich
                    Teresa H. Michaud
                    Attorneys for Defendant
                    HUGO BOSS, U.S.A., INC. and
                    HUGO BOSS RETAIL, INC.

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
+1 214 978 3000

3

Case No 3:12-cv-01527-L-MDD
Motion to Appear Telephonically at Final Approval Hearing or,
in the alternative, Motion for Continuance

# CERTIFICATE OF SERVICE

I, Mark D. Taylor, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of Dallas, State of Texas, where the mailing occurs; and my business address is **BAKER & McKENZIE LLP,** 2300 Trammell Crow Center, 2001 Ross Avenue, Dallas, Texas 75201; +1 214 978 3000.

On January 24, 2014, I served a copy of the within document(s):

**MOTION FOR DEFENDANT'S COUNSEL TO APPEAR TELEPHONICALLY AT FINAL APPROVAL HEARING, OR IN THE ALTERNATIVE, MOTION FOR CONTINUANCE**

on the interested parties in this action as follows:

☒ (BY ELECTRONIC MAIL ("E-MAIL") VIA PDF/ADOBE) I caused such documents to be sent via e-mail to the below-listed names (as noted) and e-mail addresses and received confirmation electronic receipts indicating that this document was successfully transmitted to the parties named on the service list. (Where Indicated On Service List)

Todd D. Carpenter (SBN 234464)
**Carpenter Law Group**
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: +1 619 347 3517
Facsimile: +1 619 756 6991
Email: todd@carpenterlawyers.com

*Attorney for Plaintiff*
*TRAVIS BENWARE*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 24, 2014, at Dallas, Texas.

/s/ Mark D. Taylor
Mark D. Taylor

4

Case No 3:12-cv-01527-L-MDD
Motion to Appear Telephonically at Final Approval Hearing or, in the alternative, Motion for Continuance